1

2

3

4                                                      **E-FILED on** ___4/5/06_____

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12    JOSEPH R. BANISTER,                    No. C-06-80028 RMW

13              Petitioner,                  ORDER DISMISSING ACTION

14         v.                                **[Re Docket Nos. 1, 5]**

15    UNITED STATES OF AMERICA,

16              Respondent.

17

18

19        Since the United States has reportedly withdrawn the summons issued, there is no longer

20   anything for this court to quash.  Therefore, the action is dismissed.  If plaintiff contends that the

21   Internal Revenue Service has not withdrawn its summons as represented, it may ask that this matter

22   be reinstated.

23        The clerk may close the file.

24

25

26   DATED:      4/5/06                            /s/ Ronald M. Whyte
                                                RONALD M. WHYTE
27                                              United States District Judge

28


ORDER DISMISSING ACTION—No. C-06-80028 RMW
JAH

1 **Notice of this document has been sent to:**

2 **Counsel for Petitioner:**

3 Christopher J. Ertl
The Law Office of Robert G. Bernhoft, S.C.
4 207 East Buffalo Street
Suite 600
5 Milwaukee, WI 53202

6 **Counsel for Respondent:**

7 Jay R. Weill                    jay.weill@usdoj.gov

8
Counsel are responsible for distributing copies of this document to co-counsel that have not
9 registered for e-filing under the court's CM/ECF program.

10

11

12 **Dated:** _____4/5/06_____          _____/s/ JH_____
**Chambers of Judge Whyte**
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28